UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES F. OSTERBUR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-2040 |
| ) | |
| UNITED STATES OF AMERICA ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

## OPINION

On May 15, 2007, the Magistrate Judge filed a Report and Recommendation (#16) in the above cause. The Magistrate Judge recommended that Defendant's Motion for More Definite Statement, or in the Alternative, to Dismiss (#10) be GRANTED.

On May 21, 2007, Plaintiff his Objection to the Report and Recommendation (#17). This court has reviewed the Magistrate Judge's reasoning and the Objection. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Defendant's Motion for More Definite Statement, or, in the Alternative, to Dismiss (#10) is GRANTED.

(2) This case is terminated.

ENTERED this 1st day of June, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE